UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA RICHARDSON,<br><br>    Plaintiff,<br>v.<br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants.. | No. EDCV 05-978 JFW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by her Complaint and that this action is dismissed without prejudice.

DATED: 1/16/08

JOHN F. WALTER
United States District Judge